# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known): **12 -15-00246-CV** - -

Trial Court Style:__PROBATE

Trial Court & County: NACOGDOCHES   Trial Court No.: COUNTY COURT AT LAW

Date Trial Clerk's Record Originally Due:___AUGUST 24, 2015

Date Court Reporter's/Recorder's Record Originally Due:_OCTOBER 9, 2015

Anticipated Number of Pages of Record:_____ 75 - 85

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/30/2015 11:53:40 AM
PAM ESTES
Clerk

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒    my duties listed below preclude working on this record:___I also process all vital records and report all dispositions to CJIS, and therefore, may need additional preparation time for this appeal.

☐    Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by November 9, 2015, and **I hereby request an additional 30 days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

09/30/2015
Date

_Becky Crawford_
Signature

936/560/7733
Office Phone Number

Becky Crawford
Printed Name

bcrawford@co.nacogdoches.tx.us
E-mail Address (if available)

<u>Deputy Clerk</u>
Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name: Robert M Minton

Name: Tara Cannon

Address: P O Box 1688

Address: P O Box 631668

Henderson, TX 75653-1688

Nacogdoches, TX 75963-1668

Phone no.: 903/657/3543

Phone no.: 936/569/2327

Attorney for: Larry Marsh, Billie Buckley,

Attorney for: Morrison Hammack, Jr

Deborah Stuart and Terry Marsh

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name:_____

Name:

Address:_____

Address:

_____

Phone no.:_____

Phone no.:

Attorney for:_____

Attorney for:

Additional                    information,                    if                    any: